No. 96–9105. MARRERO v. PENNSYLVANIA. Sup. Ct. Pa. Motion of Defender Association of Philadelphia for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–209. TOLCHIN v. SUPREME COURT OF NEW JERSEY ET AL. C. A. 3d Cir. Motions of Philadelphia Bar Association and Michael D. Fettner for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–210. OFFICIAL COMMITTEE OF TORT CLAIMANTS v. DOW CORNING CORP. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–5956. NEAL v. LUCENT TECHNOLOGIES, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–387. SCHUYLKILL ENERGY RESOURCES, INC. v. PENNSYLVANIA POWER & LIGHT CO. C. A. 3d Cir. Motion of Attorney General of Pennsylvania for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–423. AVITTS ET AL. v. AMOCO PRODUCTION CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.